445 A.2d 202

Commonwealth v. Williams, Appellant.

Petition for Allowance of Appeal Denied Sept. 10, 1982.

Submitted October 5, 1981.

Leonard Rubin, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Judgment of sentence and order affirmed.